IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 28 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06 - CV - 00563 - GB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

LESTER L. WASHINGTON, MA, M.ED., LCGC, and
BEVERLY ELLIS-JACKSON, MSW,

　　　　Plaintiffs,

v.

ATTORNEY GENERAL FOR THE STATE OF MISSISSIPPI,
JACKSON STATE UNIVERSITY, JACKSON, MISSISSIPPI,
BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING FOR
　　　THE STATE OF MISSISSIPPI, and Individually Named Professors, Staffs, and
　　　Employees of Jackson State University who are being sued in their Professional
　　　and Individual Capacities:,
DR. RICHARD CHILES, Department Chair of Psychology Department,
LOUIS P. ANDERSON, Acting Director of the Clinical Psychology Program,
DR. DORRIS ROBINSON-GARDNER - Dean of The Graduate School,
DEAN DR. DOLLYE ROBINSON - Dean of the College of Liberal Arts,
DR. RONALD MASON, President of the University,
DR. KAY SLY, Professor in Psychology and Grievance Committee Member,
DR. AN YEN LIU, Professor in Psychology and Grievance Committee Member,
DR. JEFFERY CASSISI, Past Chair of Clinical Training,
DR. SHEREE WATSON, Past Associate Professor,
DR. SHIH-SUNG WEN, Past Department Chair,
DR. PAMELA BANKS, As. Professor in Psychology, Advisor to L. WASHINGTON,
DR. JOSEPH MARTIN STEVENSON, Academic Dean and Provost,
DR. DEBRA BUCHANAN, Assistant to Provost, Academic Dean,
DR. VELVELYN FOSTER, Assistant to Provost, Academic Dean,
DR. REUBEN GENTRY, Assistant to Provost, Academic Dean,
DR. SIDNEY MCLAURIN, Professor in the School of Education, and
DR. JEFFERY KIBLER, Past As. Professor in Psychology, Advisor to Ms. B. ELLIS-
　　　JACKSON, these are being sued collectively, personally, and individually,

　　　　Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFFS TO CURE DEFICIENCY

Plaintiffs have submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiffs will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiffs files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) ___ is not submitted
(2) ___ is not on proper form (must use the court's current form)
(3) ___ is missing original signature by Plaintiffs
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint or Petition:**
(10) ___ is not submitted
(11) _X_ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the Plaintiffs
(13) ___ is incomplete
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiffs, together with a copy of this order, copies of the following form: Complaint. It is

FURTHER ORDERED that, if the Plaintiffs fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 24th day of March, 2006.

BY THE COURT:

_Boyd N. Boland_
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-CV-00563-BNB

Lester L. Washington
905 W. Laurel #322B
Ft. Collins, CO 80521

Beverly Ellis-Jackson
216 E. 4th St.
Hattiesburg, MS 39401

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint** to the above-named individuals on 3-28-06

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk