IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 8 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00563-BNB

LESTER L. WASHINGTON, MA, M.ED., LCGC, and
BEVERLY ELLIS-JACKSON, MSW,

    Plaintiffs,

v.

ATTORNEY GENERAL FOR THE STATE OF MISSISSIPPI,
JACKSON STATE UNIVERSITY, Jackson, Mississippi,
BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING FOR
    THE STATE OF MISSISSIPPI, and Individually Named Professors, Staffs, and
    Employees of Jackson State University who are being sued in their Professional
    and Individual capacities,
DR. RICHARD CHILES, Department Chair of Psychology Department,
LOUIS P. ANDERSON, Acting Director of the Clinical Psychology Program,
DR. DORRIS ROBINSON-GARDNER, Dean of the Graduate School,
DEAN DR. DOLLYE ROBINSON, Dean of the College of Liberal Arts,
DR. RONALD MASON, President of the University,
DR. KAYE SLY, Professor in Psychology and Grievance Committee Member,
DR. AN YEN LIU, Professor in Psychology and Grievance Committee Member,
DR. JEFFERY CASSISI, Past Chair of Clinical Training,
DR. SHEREE WATSON, Past Associate Professor,
DR. SHIH-SUNG WEN, Past Department Chair,
DR. PAMELA BANKS, As. Professor in Psychology, Advisor to L. Washington,
DR. JOSEPH MARTIN STEVENSON, Academic Dean and Provost,
DR. DEBRA BUCHANAN, Assistant to Provost, Academic Dean,
DR. VELVELYN FOSTER, Assistant to Provost, Academic Dean,
DR. REUBEN GENTRY, Assistant to Provost, Academic Dean,
DR. SIDNEY McLAURIN, Professor in the School of Education, and
DR. JEFFERY KIBLER, Past As. Professor in Psychology, Advisor to Ms. B. Ellis-
    Jackson,

    Defendants.

---

## ORDER

Plaintiffs initiated this action by filing *pro se* a complaint and individual motions seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. In an order filed on March 28, 2006, the court directed the clerk of the court to commence this action and directed Plaintiffs to file the complaint on the proper form if they wished to pursue their claims in this action. On April 24, 2006, Plaintiffs responded to the order directing them to file their complaint on the proper form by filing four separate complaints, two by each Plaintiff. On April 25, 2006, Plaintiff Lester Washington filed a "Motion to Correct the Information" in which he asks to amend the two complaints he filed on April 24 and to consolidate all of the complaints filed in this action.

The four complaints filed by Plaintiffs on April 24 do not comply with the court's order to cure the deficiencies in this action and will not be considered. Plaintiffs must file one amended complaint signed by both Plaintiffs on the proper form that includes all of the claims they wish to pursue against the named Defendants. They will be given one more chance to cure this deficiency. Plaintiffs are reminded that the joint amended complaint they file also must comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Pursuant to Rule 8(a), a complaint "shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks." Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Finally, the motions seeking leave to proceed *in forma pauperis* will be granted. Plaintiff Lester Washington's motion to amend and to consolidate will be denied as moot because he may include those amendments in the joint amended complaint

2

Plaintiffs will be directed to file. Accordingly, it is

ORDERED that Plaintiffs cure the deficiencies in this action by filing one joint amended complaint **within thirty (30) days from the date of this order.** It is

FURTHER ORDERED that if Plaintiffs fail to file one joint amended complaint within the time allowed, the action will be dismissed without further notice. It is

FURTHER ORDERED that the motions seeking leave to proceed *in forma pauperis* filed on March 17, 2006, are granted. It is

FURTHER ORDERED that Plaintiff Lester L. Washington's "Motion to Correct the Information" filed on April 25, 2006, is denied as moot.

DATED April 28, 2006, at Denver, Colorado.

                                          BY THE COURT:

                                           s/ Boyd N. Boland
                                          United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00563-BNB

Lester L. Washington
905 W. Laurel #322B
Ft. Collins, CO 80521

Beverly Ellis-Jackson
216 E. 4th St.
Hattiesburg, MS 39401

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/28/06

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk