IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00563-ZLW

LESTER L. WASHINGTON, MA, M.ED., LCGC, and
BEVERLY ELLIS-JACKSON, MSW,

      Plaintiffs,

v.

ATTORNEY GENERAL FOR THE STATE OF MISSISSIPPI,
JACKSON STATE UNIVERSITY, Jackson, Mississippi,
BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING FOR THE STATE OF MISSISSIPPI, and Individually Named Professors, Staffs, and Employees of Jackson State University who are being sued in their Professional and Individual capacities,
DR. RICHARD CHILES, Department Chair of Psychology Department,
LOUIS P. ANDERSON, Acting Director of the Clinical Psychology Program,
DR. DORRIS ROBINSON-GARDNER, Dean of the Graduate School,
DEAN DR. DOLLYE ROBINSON, Dean of the College of Liberal Arts,
DR. RONALD MASON, President of the University,
DR. KAYE SLY, Professor in Psychology and Grievance Committee Member,
DR. AN YEN LIU, Professor in Psychology and Grievance Committee Member,
DR. JEFFERY CASSISI, Past Chair of Clinical Training,
DR. SHEREE WATSON, Past Associate Professor,
DR. SHIH-SUNG WEN, Past Department Chair,
DR. PAMELA BANKS, As. Professor in Psychology, Advisor to L. Washington,
DR. JOSEPH MARTIN STEVENSON, Academic Dean and Provost,
DR. DEBRA BUCHANAN, Assistant to Provost, Academic Dean,
DR. VELVELYN FOSTER, Assistant to Provost, Academic Dean,
DR. REUBEN GENTRY, Assistant to Provost, Academic Dean,
DR. SIDNEY McLAURIN, Professor in the School of Education, and
DR. JEFFERY KIBLER, Past As. Professor in Psychology, Advisor to Ms. B. Ellis-Jackson,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 0 2007

GREGORY C. LANGHAM
              CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

      Plaintiff Lester L. Washington's "Emergency Motion to Change/Correct Filing Date of this Dismissed Case" filed on October 5, 2007, is DENIED. The docket sheet accurately reflects that the original complaint in this action, which was received by the

Court on March 17, 2006, was filed on March 28, 2006.

Dated: October 10, 2007

Copies of this Minute Order mailed on October 10, 2007, to the following:

Lester L. Washington
PO Box 494
Fort Collins, CO 80522-0494

Beverly Ellis Jackson
905 West Laurel #332 B
Fort Collins, CO 80521

Secretary/Deputy Clerk